

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-11-00250-CV

| | | |
|---|---|---|
| BNSF Railway Company | § | From the 236th District Court |
| | § | of Tarrant County (236-223592-07) |
| v. | § | May 22, 2014 |
| | § | Opinion by Justice Dauphinot |
| James E. Phillips | § | Dissent by Justice Meier |

## JUDGMENT ON REHEARING

After considering the Appellant's motions for rehearing and reconsideration en banc, Appellee's response, and Appellant's reply, this court denies the motion for reconsideration en banc in a separate order today, and we deny the motion for rehearing. We withdraw our August 1, 2013 opinions and judgment and substitute the following.

This court has again considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant BNSF Railway Company shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Lee Ann Dauphinot_____
     Justice Lee Ann Dauphinot